IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO. 3:17-cv-00392-GCM

| | |
|---|---|
| DORA DAYTON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHARLOTTE – MECKLENBURG )<br>HOSPITAL AUTHORITY d/b/a )<br>CAROLINAS HEALTHCARE SYSTEM, )<br>and BRYAN MAY, )<br>)<br>Defendants. ) | **NOTICE OF APPEARANCE OF<br>CAITLIN M. GOFORTH** |

The undersigned counsel, Caitlin M. Goforth, of the law firm of Jackson Lewis P.C., hereby provides notice to this Court and all parties and their counsel that she shall appear as counsel of record in the above-captioned matter on behalf of Defendant, BRYAN MAY.

Please forward copies of all pleadings, notices, calendars and other documents regarding this matter to Caitlin M. Goforth through the Court's CM/ECF electronic service system or via First Class Mail.

Respectfully submitted, this the 10th day of July, 2017.

                                                       */s/ Caitlin M. Goforth*
                                                       PATRICIA L. HOLLAND
                                                       N.C. State Bar No. 8816
                                                       CAITLIN M. GOFORTH
                                                       N.C. State Bar No. 49227
                                                       Jackson Lewis P.C.
                                                       *Attorneys for Defendant Bryan May*
                                                       3737 Glenwood Avenue, Suite 450
                                                       Raleigh, NC 27612
                                                       Telephone: (919) 760-6460
                                                       Facsimile: (919) 760-6461
                                                       Email: Patricia.Holland@jacksonlewis.com
                                                       Email: Caitlin.Goforth@jacksonlewis.com

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO. 3:17-cv-00392-GCM

| | |
|---|---|
| DORA DAYTON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHARLOTTE – MECKLENBURG )<br>HOSPITAL AUTHORITY d/b/a )<br>CAROLINAS HEALTHCARE SYSTEM, )<br>and BRYAN MAY, )<br>)<br>Defendants. ) | **CERTIFICATE OF SERVICE** |

The undersigned certifies that on July 10, 2017, the foregoing *Notice of Appearance of Caitlin M. Goforth* was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system, which will send notification of such filing as follows:

Stephen D. Dellinger
Molly M. Shah
Elise Hofer McKelvey
Littler Mendelson P.C.
100 North Tryon Street, Suite 4150
Charlotte, NC 28202
sdellinger@littler.com
mmshah@littler.com
ehofer@littler.com
*Attorneys for Defendant The Charlotte-Mecklenburg
Hospital Authority d/b/a Carolinas Healthcare System*

and certifies that a copy of same was served by depositing it in the United States mail, postage prepaid and addressed as follows:

Elizabeth K. Vennum
SeiferFlatow, PLLC
2319 Crescent Avenue
Charlotte, North Carolina 28207
liz@seiferflatow.com
*Attorney for Plaintiff*

2

JACKSON LEWIS P.C.


BY:    /s/ *Caitlin M. Goforth*
      PATRICIA L. HOLLAND
      N.C. State Bar No. 8816
      CAITLIN M. GOFORTH
      N.C. State Bar No. 49227
      *Attorneys for Defendant Bryan May*
      3737 Glenwood Avenue, Suite 450
      Raleigh, NC 27612
      Telephone: (919) 760-6460
      Facsimile: (919) 760-6461
      Email: Patricia.Holland@jacksonlewis.com
      Email: Caitlin.Goforth@jacksonlewis.com

4830-9054-1387, v. 1