IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Dora Dayton,<br><br>      Plaintiff,<br><br>vs.<br><br>Charlotte - Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System, and Bryan May,<br><br>      Defendants. | Civil Action No. 3:17-cv-392<br><br>CONSENT MOTION TO EXTEND DEFENDANT CHARLOTTE - MECKLENBURG HOSPITAL AUTHORITY D/B/A CAROLINAS HEALTHCARE SYSTEM'S TIME TO ANSWER OR OTHERWISE PLEAD |

      Defendant The Charlotte-Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System ("Defendant CHS"), through its undersigned attorneys and pursuant to Federal Rule of Civil Procedure 6 and Local Rule 7.1, respectfully moves this Court for an extension of time of 30 days, up to and including August 14, 2017, to file its answer or otherwise plead in response to Plaintiff Dora Dayton's ("Plaintiff") Complaint. In support of this Motion, Defendant CHS shows the following:

      1.      On May 1, 2017, Plaintiff commenced this action by filing a Complaint in North Carolina state court.

      2.      Defendant CHS removed this action to this Court on July 7, 2017. (Doc. 1.) As such, pursuant to Federal Rule of Civil Procedure 81, Defendant CHS's response to Plaintiff's Complaint is currently due to be filed on July 14, 2017.

3. Plaintiff's Complaint is 23 pages long and contains 161 paragraphs of factual allegations. Counsel for Defendant CHS will be out of the office on previously-scheduled travel for most of July. To allow for adequate review of Plaintiff's extensive allegations and formulation of a defense, Defendant CHS respectfully requests that this Court extend the time for it to file a response to Plaintiff's Complaint to August 14, 2017.

4. Defendant CHS is requesting this extension of time prior to the expiration of the original time period to respond to the Complaint. Defendant CHS has not previously filed any motions to extend time to answer or otherwise plead with this Court, and this Motion is made in good faith and not for the purposes of undue delay.

5. Defendant CHS's counsel has conferred with Plaintiff's counsel, who has consented to this request.

6. A proposed Order granting the requested extension of time is submitted herewith.

WHEREFORE, Defendant The Charlotte-Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System respectfully moves this Court to extend the time in which it may respond to Plaintiff's Complaint up to and including August 14, 2017.

Dated: July 10, 2017                                By: /s/ *Molly M. Shah*
                                                    Stephen D. Dellinger, Bar No. 16609
                                                    sdellinger@littler.com
                                                    Molly M. Shah, Bar No. 40275
                                                    mshah@littler.com
                                                    Elise Hofer McKelvey, Bar No. 51119
                                                    ehofer@littler.com
                                                    LITTLER MENDELSON, P.C.
                                                    Bank of America Corporate Center
                                                    100 North Tryon Street, Suite 4150
                                                    Charlotte, NC  28202
                                                    Telephone:   704.972.7000
                                                    Facsimile:    704.333.4005

                                                    *Attorneys for Defendant The Charlotte-Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System*

# CERTIFICATE OF SERVICE

This is to certify that on July 10, 2017, the undersigned filed the foregoing **CONSENT MOTION TO EXTEND DEFENDANT CHARLOTTE - MECKLENBURG HOSPITAL AUTHORITY D/B/A CAROLINAS HEALTHCARE SYSTEM'S TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to the following counsel of record:

ELIZABETH K. VENNUM
SeiferFlatow, PLLC
2319 Crescent Avenue
Charlotte, North Carolina 28207
(704) 512-0606
Email: liz@seiferflatow.com

*Attorney for Plaintiff*

By: /s/ *Molly M. Shah*
Stephen D. Dellinger, Bar No. 16609
sdellinger@littler.com
Molly M. Shah, Bar No. 40275
mshah@littler.com
Elise Hofer McKelvey, Bar No. 51119
ehofer@littler.com
LITTLER MENDELSON, P.C.
Bank of America Corporate Center
100 North Tryon Street, Suite 4150
Charlotte, NC 28202
Telephone: 704.972.7000
Facsimile: 704.333.4005

*Attorneys for Defendant The Charlotte-Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System*

Firmwide:148663538.1 064424.1024

- 4 -