IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Dora Dayton,<br><br>   Plaintiff,<br><br> vs.<br><br>Charlotte - Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System, and Bryan May,<br><br>   Defendants. | Civil Action No. 3:17-cv-392<br><br>[PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND DEFENDANT CHARLOTTE - MECKLENBURG HOSPITAL AUTHORITY D/B/A CAROLINAS HEALTHCARE SYSTEM'S TIME TO ANSWER OR OTHERWISE PLEAD |

THIS MATTER IS BEFORE THE COURT on Defendant The Charlotte-Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System's ("Defendant CHS") Consent Motion to Extend Time to Answer or Otherwise Plead. Having carefully considered the Motion, the record, and the applicable authority, and having no objection from Plaintiff, the undersigned will GRANT the Motion.

IT IS THEREFORE ORDERED that Defendant CHS's Consent Motion to Extend Time to Answer or Otherwise Plead is GRANTED. Defendant CHS shall have up to and including August 14, 2017, to file its answer or otherwise plead in response to Plaintiff's Complaint.

_____
UNITED STATES JUDGE