# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| Dora Dayton,<br><br>      Plaintiff,<br><br>vs.<br><br>Charlotte - Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System, and Bryan May,<br><br>      Defendants. | Civil Action No. 3:17-cv-392-RJC-DSC |

## ORDER

**THIS MATTER IS BEFORE THE COURT** on Defendant The Charlotte-Mecklenburg Hospital Authority d/b/a Carolinas HealthCare System's ("Defendant CHS") Consent Motion to Stay Initial Attorney's Conference, filed on August 21, 2017. Having carefully considered the Motion, the Court will **GRANT** the Motion.

**IT IS THEREFORE ORDERED** that Defendant CHS's Consent Motion to Stay Initial Attorney's Conference is **GRANTED**. The Initial Attorney's Conference shall occur within fourteen days of the Court's ruling on Defendant CHS's Motion for Partial Judgment on the Pleadings.

**SO ORDERED.**

Signed: August 21, 2017

David S. Cayer
United States Magistrate Judge