# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00392-RJC-DSC

| | |
|---|---|
| DORA DAYTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHARLOTTE-MECKLENBURG | ) |
| HOSPITAL AUTHORITY et. al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Defendant Charlotte–Mecklenburg Hospital Authority's "Motion for Extension of Time to Exchange Expert Reports" (document # 32) filed October 10, 2018. For the reasons set forth therein, the Motion will be <u>granted</u>.

Defendant shall be allowed an extension of time, up to and including November 9, 2018, to provide reports from its expert witnesses, if any, pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: October 11, 2018

David S. Cayer
United States Magistrate Judge