IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Dora Dayton,<br><br>        Plaintiff,<br><br>vs.<br><br>Charlotte - Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System and Bryan May,<br><br>    Defendants. | Civil No. 3:17-cv-00392-RJC-DSC<br><br>ORDER EXTENDING TIME |

**THIS MATTER** is before the Court upon Defendant Atrium Health's Second Motion for Extension of Time to Exchange Expert Reports. For the reasons stated in Defendant Atrium Health's Motion and for good cause shown, the Court will grant Defendant Atrium Health's Motion.

**IT IS THEREFORE ORDERED** that Defendant Atrium Health's Motion for Extension of Time to Exchange Expert Reports is hereby **GRANTED**. Defendant shall be allowed an extension of time, up to and including **December 10, 2018**, to provide reports from expert witnesses pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure.

    **SO ORDERED.**

Signed: November 9, 2018

_____
David S. Cayer
United States Magistrate Judge