IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Dora Dayton,<br><br>        Plaintiff,<br><br>vs.<br><br>Charlotte - Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System and Bryan May,<br><br>Defendants. | Civil No. 3:17-cv-00392-RJC-DSC<br><br>ORDER EXTENDING TIME |

**THIS MATTER** is before the Court on Plaintiff Dora Dayton's Motion for Extension of Time and Continuance. For the reasons stated in Plaintiff's Motion, with Defendants' consent, and for good cause shown, the Court will <u>grant</u> Plaintiff's Motion, extending the upcoming deadlines and continuing the trial date in this matter as follows:

1. Discovery shall be completed by February 18, 2019;

2. Mediation shall be completed by March 11, 2019;

3. Dispositive motions shall be filed by March 26, 2019;

4. Oral arguments on dispositive motions shall be completed by May 6, 2019; and

5. Jury trial in this matter is continued to the July 1, 2019 term.

**SO ORDERED.**

Signed: December 12, 2018

_____
David S. Cayer
United States Magistrate Judge