IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **Dora Dayton,**  **Plaintiff,**  vs.  **Charlotte - Mecklenburg Hospital Authority d/b/a Carolinas Healthcare System and Bryan May,**  **Defendants.** | Civil No. 3:17-cv-392-RJC-DSC |

**THIS MATTER IS BEFORE THE COURT** on Defendant Atrium Health's and Plaintiff Dora Dayton's Joint Motion to Stay filed on February 8, 2019. Having carefully considered the Motion, the record, and applicable authority, the Court will **GRANT** the Motion.

**IT IS THEREFORE ORDERED** that this civil action is STAYED. Accordingly, all discovery is stayed in this case and the deadlines and requirements set forth in the Court's Pretrial Order and Case Management Plan and December 12, 2018 Order are suspended for forty-five days, to and including March 25, 2019.

On or before March 30, 2019, the parties shall notify the Court of a settlement or file a motion for entry of new scheduling deadlines and dates.

**SO ORDERED**.

Signed: February 8, 2019

David S. Cayer
United States Magistrate Judge